WILLIAM PILKINGTON, Respondent, *v.* ATWELL, GUSTIN, MORRIS, INC., and TERRY & TENCH COMPANY, INC., Appellants.

(Argued March 17, 1932; decided March 31, 1932.)

*Clarence S. Zipp* and *E. C. Sherwood* for Atwell, Gustin, Morris, Inc., appellant.

*Leo C. Weiler, Thomas E. Nolan* and *William E. Lowther* for Terry & Tench Company, Inc., appellant.

*Benjamin C. Loder, J. Austin Lyons* and *Owen E. Reilly* for respondent.

Judgment as to defendant Atwell, Gustin, Morris, Inc., affirmed, with costs. Judgment as to Terry & Tench

Company, Inc., reversed and new trial granted, with costs to abide the event, on the ground that it does not appear from the evidence that the act of the superintendent was within the scope of his employment; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ.   Not sitting: KELLOGG, J.